**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 18, 2004**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-41042
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR MANUEL ORTIZ-ARELLANO,

Defendant-Appellant.

\* \* \* \* \* \*
Consolidated with
No. 03-41114
\* \* \* \* \* \*

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR MANUEL ORTIZ-ARELLANO,
also known as Jose Ramos-Ochoa,
also known as Antonio Aguilar-Ochoa,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-03-CR-153-ALL
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Victor Manuel Ortiz-Arellano contends for the first time on appeal that the aggravated felony enhancement found in 8 U.S.C. § 1326(b) is unconstitutional under Apprendi v. New Jersey, 530 U.S. 466, 490 (2000). He concedes that this argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), but asserts that Almendarez-Torres has been called into doubt by Apprendi v. New Jersey, 530 U.S. 466 (2000). See United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000). He seeks to preserve the issue for possible Supreme Court review. The judgment of conviction is AFFIRMED and the district court's judgment for revocation of supervised release is also AFFIRMED.